UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JOHN MOORE and JESSIE WOOLVERTON**, individually, and on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **STONEPEARK CERAMICS, INC.,** <br><br> Defendant. | No. 2:24-cv-00006 |

## ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 41) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this case is **DISMISSED WITH PREJUDICE**, and the Clerk shall close the file. Any pending motions are **DENIED AS MOOT.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE